Karl Wesley **KIRCHHOFF**, Respondent,

v.

Evelyn Marie **KIRCHHOFF**, Appellant.

No. WD 39655.

Missouri Court of Appeals, Western District.

April 19, 1988.

Roy W. Brown, Bruce B. Brown, Kearney, for appellant.

Donald G. Stouffer, Marshall, for respondent.

Before GAITAN, P.J., and TURNAGE and CLARK, JJ.

PER CURIAM.

**ORDER**

Appeal from the judgment of the trial court transferring custody from appellant to respondent.

Affirmed. Rule 84.16(b).